AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:21-MJ-372
Priority Mail Package Tracking Number )
9505510268931279576769 postmarked October 6, 2021 )
)

### APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Package, 9505510268931279576769, addressed to JASON TRUSSEL 216 N UNION Rd DAyToN OH 45417, with a return address of DAVE BUSA 201 W CliFF dr SANTA CRUZ CA 95060

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: 10/12/2021

_____
Peter B. Silvain, Jr.
United States Magistrate Judge

City and state: Dayton, OH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF PRIORITY MAIL PACKAGE TRACKING NUMBER 9505510268931279576769 | Case No. 3:21-MJ-372<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Joseph Rossiter**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since May 2016. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have become aware of certain common characteristics and/or circumstances that indicate that a particular package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail

1

at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the recipient's listed address is located in an area of known or suspected drug activity.

3. On October 12, 2021, your Affiant intercepted a package (hereinafter "the Package") at the Cincinnati Network Distribution Center (NDC). The Package is described as a Priority Mail large flat rate box, bearing tracking number 9505510268931279576769, postmarked October 6, 2021, with the following address information:

    **Sender:**    DAVE BUSA
    201 W CliFF dr
    SANTA CRUZ CA
    95060

    **Addressee:**    JASON TRUSSEL
    216 N UNION Rd
    DAyToN OH 45417

Through training and experience as a Postal Inspector, your Affiant has become aware that Northern California area is a known drug source location. Your Affiant also noticed an excessive amount of taping appearing upon the Package.

4. Your Affiant performed a check in CLEAR database for the addressee's information as it appeared on the Package: "JASON TRUSSEL 216 N UNION Rd DAyToN OH 45417". CLEAR is a law enforcement database commonly used by federal criminal investigators to identify person(s)/businesses and address information. According to CLEAR, there is no "Jason Trussel" listed or associated with 216 N Union Rd, Dayton, OH 45417.

5. A further check in CLEAR was performed on the sender's information listed on the Package: "DAVE BUSA 201 W CliFF dr SANTA CRUZ CA 95060." According to CLEAR, there is no "Dave Busa" listed or associated with 201 W Cliff Dr, Santa Cruz, CA 95060.

6. On October 12, 2021, your Affiant requested, Dayton Police Department Officer Jeremy Stewart to conduct a narcotics-detection canine "free air" check of the outside of the Package. Your Affiant was present during said check. The Package was placed in a controlled area and presented to Officer Stewart's assigned narcotics-detection canine, "Weston." "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Weston" is a properly trained and certified narcotics-detection canine.

7. Based on your Affiant's prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no current known association between the sender and return address, (ii) no known association between the addressee and recipient address, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds being inside the Package.

Therefore, a search warrant to open the Package is requested.

Further, your Affiant sayeth naught.

Respectfully submitted,

Joseph L. Rossiter
Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this 12th day of October, 2021.

Peter B. Silvain, Jr.
United States Magistrate Judge



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **Jeremy Stewart**, am and have been employed by the **Dayton Police Department** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**Weston**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On __10/12/21__ the request of Postal Inspector **ROSSITER**, I responded to the **DAYTON P&DC**, where "**Weston**" did alert to and indicate upon: [describe item]

9505 5102 6893 1279 5767 69
DAVE BUSA                    JASON TRUSSEL
201 W Cliff dr               216 N Union Rd
SANTA CRUZ CA                DAYTON OH 45417
95060

Which, based upon my training and experience and that of "**Weston**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_(signature)_ 28948, 10-12-21
(Signature, Badge #, and Date)

_(signature)_ 10/12/21
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009